PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| **vs** | ) |
| | ) |
| Shelly McCaster | )      **Case No.** 09-20315-01 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Shelly McCaster, have discussed with Murray Fullner, Pretrial Services Officer, modification of my release conditions to add the following:

1) Refrain from any unlawful possession or use of a controlled substance
2) Submit to substance abuse testing as required by Pretrial Services
3) Participate in a program of substance abuse testing, education, or treatment if deemed advisable by Pretrial Services

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| x _Shelly McCaster_ | x 8-31-09 | _[signature]_ | 8-31-09 |
| Signature of Defendant | Date | Pretrial Services Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| | |
|---|---|
| _[signature]_ | 9/22/09 |
| Signature of Defense Counsel | Date |

[✓] The above modification of conditions of release is ordered, to be effective on 9-23-2009

[ ] The above modification of conditions of release is not ordered.

| | |
|---|---|
| S/Charmiane G. Claxton | 9-23-2009 |
| Signature of Judicial Officer | Date |